1
2
3
4
5
6
7
8
9      UNITED STATES DISTRICT COURT
10     WESTERN DISTRICT OF WASHINGTON

11   RONALD L. TAYLOR,                          Civil  No. C06-5618FDB
12          Plaintiff,
13
14          vs.                                 ORDER FOR EXTENSION
15   MICHAEL J. ASTRUE,
16   Commissioner of Social Security,
17          Defendant

18
19          Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant
20   shall have an extension to and including April 30, 2007, to file Defendant's answering brief.  It is
21   further ORDERED that Plaintiff shall have to and including May 14, 2007, to file Plaintiff's Reply
22   Brief.
23
24          DATED this 28th day of March, 2007.
25
26                                  _/s/ J. Kelley Arnold_____
                                    UNITED STATES MAGISTRATE JUDGE
27
28   Page 1            ORDER

1    Presented by:

2    s/ Terrye E. Shea   WSB # 27609
3    Special Assistant U.S. Attorney
     Office of the General Counsel
4    701 Fifth Ave, Ste 2900
5    Seattle, WA 98104
     Phone: (206) 615-2143
6    Fax: (206)615-2531
     terrye.shea@ssa.gov
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Page 2            ORDER