# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD TAYLOR

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5618FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

the ALJ erred as described in the report; and

the matter is therefore REMANDED to the administration for further consideration as directed in the report.

   June 21, 2007                                                    BRUCE RIFKIN
Date                                                                              Clerk

                                                                             *s/CM Gonzalez*
                                                                             Deputy Clerk