# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD L TAYLOR

**JUDGMENT IN A CIVIL CASE**

v.

MICHAEL J. ASTRUE

CASE NUMBER: C06-5618FDB

        **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX       **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That plaintiff's motion for an award of attorney's fees and costs (Dkt #21) is GRANTED.  Attorney fees, in the amount of $4,453.15, and expenses of $49.82, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $371.00, pursuant to 28 U.S.C. § 1920.  Payment of these amounts will be made directly to Plaintiff's attorney.

September 24, 2007        BRUCE RIFKIN
                                                    Clerk

                                                   s/ D. Forbes
                                                   By, Deputy Clerk